UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIM S. URMANCHEEV,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>R. NDOH, et. al.,<br><br>　　　　　Defendants. | Case No.  1:21-cv-00255-JLT-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO LIMITED EXTENT<br><br>JULY 3, 2023 DEADLINE<br><br>(Doc. No. 16) |

Pending before the Court is Plaintiff's Motion to for an extension of time filed on May 2, 2023.  (Doc. No. 16).  Plaintiff seeks a 90-day extension of time to comply with the Court's April 10, 2023, screening order due to his recent release the hospital and his "mental disorder."  (*Id*.). The Court finds that while Plaintiff satisfies good cause, 90 days to file an amended complaint is excessive.  Fed. R. Civ. P. 6(b)(1)(A).  Thus, Plaintiff must file his amended complaint by **July 3, 2023.**  Accordingly, it is **ORDERED**:

Plaintiff's motion for an extension of time (Doc. No. 16) is GRANTED to the extent that Plaintiff must file an amended complaint by **July 3, 2023**.

Dated:   May 4, 2023

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE