UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIM URMANCHEEV,<br><br>                    Plaintiff,<br><br>        v.<br><br>R. NDOH, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-00255-JLT-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 25)<br><br>MARCH 15, 2024 DEADLINE |

Pending before the Court is Plaintiff Alim Urmancheev's second motion for extension of time, filed on February 14, 2024. (Doc. No. 25). Plaintiff, a former prisoner who is no longer incarcerated, seeks a further 30-day extension of time to respond to the Court's December 7, 2023 Findings and Recommendations ("F&R"). (*Id*. at 1). Plaintiff asserts he needs additional time due to his challenging living situation and mental health condition, which "causes memory lapses and inability to concentrate." (*Id*. at 1).

The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The Court finds good cause to grant the extension.

////

Accordingly, it is hereby **ORDERED**:

Plaintiff's motion for extension of time (Doc. No. 25) is GRANTED to the extent Plaintiff shall mail his objections to the Court's December 7, 2023 Findings and Recommendations **no later than March 15, 2024**.

Dated:  February 15, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE