**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALIM S. URMANCHEEV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. NDOH, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00255 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 22) |

　　　　Alim S. Urmancheev is proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The assigned magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and found Plaintiff failed to state a cognizable claim. Because the Court previously provided the applicable standards and Plaintiff failed to cure the pleading deficiencies, the magistrate judge found further leave to amend would be futile and recommended the case be dismissed. (Doc. 22.)

　　　　The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 22 at 13.) The Court advised Plaintiff the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 14, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) The Court granted several extensions of time, and ultimately ordered Plaintiff to file any objections no later than April 15, 2024. (Doc. 28 at 2.) Plaintiff did not file objections, and the time to do so has passed.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. Findings and Recommendations issued on December 7, 2023 (Doc. 22) are **ADOPTED** in full.
2. Plaintiff's amended complaint (Doc. 18) is **DISMISSED** without leave to amend.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2024**

UNITED STATES DISTRICT JUDGE